IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | No. 1:23-cr-00438-JRR |
| ZACHARIAH SATTLER,<br>　　　Defendant. | |

### ORDER

The United States, with the consent of defendant Zachariah Sattler, has moved for leave to dismiss the indictment under Federal Rule of Criminal Procedure 48(a). *See* ECF No. 38 (consent motion); ECF No. 1 (indictment).

The Court must grant the motion unless it is clearly contrary to manifest public interest. *Rice v. Rivera*, 617 F.3d 802, 811 (4th Cir. 2010). For the reasons set forth in the motion, the Court concludes that it should be granted.

Accordingly, on this 27th day of February, 2025, the Court hereby GRANTS the United States's consent motion, DISMISSES the indictment WITH PREJUDICE, and ORDERS the Clerk to close this case.

/S/
_____
Hon. Julie R. Rubin
United States District Judge